■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN GARDNER, Appellant. [995 NYS2d 507]—

Judgment of resentence, Supreme Court, New York County (Daniel P. FitzGerald, J.), rendered February 17, 2012, resentencing defendant to an aggregate term of 15 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*People v Lingle*, 16 NY3d 621 [2011]). We perceive no basis for reducing the term of postrelease supervision. Concur—Tom, J.P., Renwick, Andrias, DeGrasse and Kapnick, JJ.